AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

**FILED**
**06/27/2024**
**Clerk, U.S. District Court**
**Western District of Texas**

By: _____FMorales_____
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:24-M -02707(1) - MAT |
| | § |
| (1) CRISTIAN RENE HENRIQUEZ-MONGE | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 26, 2024** in **Hudspeth** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, attempt to enter, entered, and or was found in the United States after having been previously arrested and deported, removed, excluded or denied admission from the United States and permission to reapply for admission was not granted by the Secretary of Homeland Security; and the Defendant failed to establish that he was not required to obtain the consent of the Secretary of Homeland Security or the Attorney General prior to entering the United States pursuant to 6 USC 203(3), 202(4) and 557.

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: *"The DEFENDANT, HENRIQUEZ-Monge, Cristian Rene, an alien to the United States and a citizen of Mexico, was found in the United States on June 26, 2024. The DEFENDANT was*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me,

/s/ CHAVEZ, JORGE
Signature of Complainant
Border Patrol Agent

June 27, 2024     at     EL PASO, Texas
Date                                              City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 2:00 P.M.**
**FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:24-M -02707(1)

WESTERN DISTRICT OF TEXAS

(1) CRISTIAN RENE HENRIQUEZ-MONGE

FACTS (CONTINUED)

found aboard a Greyhound commercial bus at the United States Border Patrol Checkpoint on Interstate 10 East mile marker 102.5, near Sierra Blanca, Texas, in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT claimed to be a native of Honduras and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally. The DEFENDANT has been previously removed from the United States to Mexico on March 30, 2019, through Nogales, AZ. The DEFENDANT has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
The DEFENDANT has been removed one time, the last one being to MEXICO on March 30, 2019, through NOGALES, AZ

CRIMINAL HISTORY:
NONE